GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NADIA RAYAS,

                Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC,

                Defendant.

Case No. 2:24-cv-02339-JCM-DJA

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**

**FIRST REQUEST**

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 13, 2025 through and including **February 12, 2025**. The request was made by Equifax so that it can have an

//

//

//

1  opportunity to collect and review its internal files pertaining to the allegations in the Complaint,

2  and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

3       Respectfully submitted, this 13th day of January, 2025.

| | |
|---|---|
| CLARK HILL PLLC | <u>***No opposition***</u> |
| By: /s/Gia N. Marina<br>Gia N. Marina<br>Nevada Bar No. 15276<br>1700 South Pavilion Center Drive, Suite 500<br>Las Vegas, Nevada  89135<br>Telephone:  (702) 862-8300<br>Facsimile:  (702) 778-9709<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant Equifax Information Services LLC* | /s/ Gerardo Avalos<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>FREEDOM LAW GROUP<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>Email: ghaines@freedomlegalteam.com<br>Email: gavalos@freedomlegalteam.com<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 1/14/2025

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and exact copy of the foregoing has been served this 13th day of January, 2025, via CM/ECF, upon all counsel of record:

            By: /s/ Gia N. Marina
            Gia N. Marina
            Nevada Bar No. 15276
            1700 South Pavilion Center Drive, Suite 500
            Las Vegas, Nevada 89135
            Telephone: (702) 862-8300
            Facsimile: (702) 778-9709
            Email: gmarina@clarkhill.com