GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NADIA RAYAS, | ) |
| Plaintiff, | ) **Case No. 2:24-cv-02339-JCM-DJA** |
| vs. | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| Defendant. | ) |
| | ) **SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 12, 2025 through and including **March 14, 2025**. The request was made by Equifax so that the parties have additional time to engage in settlement discussion, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

1

2
        Respectfully submitted, this 6th day of February, 2025.

3

4
    CLARK HILL PLLC                                    ___No opposition___

5
    By: /s/ Gia N. Marina                               /s/ George Haines
    Gia N. Marina                                      George Haines, Esq.

6
    Nevada Bar No. 15276                               Nevada Bar No. 9411
    1700 South Pavilion Center Drive, Suite 500        Gerardo Avalos, Esq.

7
    Las Vegas, Nevada  89135                           Nevada Bar No. 15171
    Telephone:  (702) 862-8300                         FREEDOM LAW GROUP

8
    Facsimile:  (702) 778-9709                         8985 S. Eastern Ave., Suite 350
    Email: gmarina@clarkhill.com                       Henderson, NV 89123

9
    *Attorney for Defendant Equifax Information         Phone: (702) 880-5554
    Services LLC*                                       Fax: (702) 385-5518

10
                                                       Email: ghaines@freedomlegalteam.com

11
                                                       Email: gavalos@freedomlegalteam.com

12
                                                       *Attorneys for Plaintiff*

13

14

15
    IT IS SO ORDERED:

16

17
    _____
    United States Magistrate Judge

18
    DATED:  __2/7/2025_____

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and exact copy of the foregoing has been served this 6th day of February, 2025, via CM/ECF, upon all counsel of record:

By: /s/  Nicholas DiMattei, Jr.
Nicholas DiMattei, Jr.

- 3 -