George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Nadia Rayas*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| Nadia Rayas, | Case No.: 2:24-cv-02339 |
|---|---|
| Plaintiff, | |
| v. | **Stipulation for dismissal of Equifax Information Services LLC with prejudice.** |
| Equifax Information Services LLC, | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Nadia Rayas and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///
///
///
///
///
///
///

STIPULATION                    - 1 -

1    Each party will bear its own costs, disbursements, and attorney fees.

2    Dated: June 16, 2025.

3

4   **FREEDOM LAW FIRM**

5    /s/ *George Haines*

6   George Haines, Esq.
    Gerardo Avalos, Esq.

7   8985 S. Eastern Ave., Suite 100

8   Las Vegas, Nevada 89123
    *Counsel for Plaintiff Nadia Rayas*

9

10  **CLARK HILL PLLC**

11  /s/ *Gia N. Marina*

12  Gia N. Marina, Esq.
    1700 S. Pavilion Center Drive, Suite 500

13  Las Vegas, NV 89135

14  *Counsel for Equifax Information Services LLC*

15

16                              IT IS SO ORDERED:

17                              _____

18                              UNITES STATES DISTRICT JUDGE

19
                                DATED:_____June 18, 2025_____
20

21

22

23

24

25

26

27

_____
STIPULATION                          - 2 -